IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Name and address of Plaintiff:
David W. Hull, 07657068
U.S.P. Allenwood P.O. Box 3000
White Deer Pa. 17887

v.

Full name, title, and business address
of each defendant in this action:
1. Chris Eyster Esquire, 100 Ross St.
Site 304 Pitt. P. 15219

2. _____

Use additional sheets, if necessary
Number each defendant.

**RECEIVED**

DEC 0 8 2008

CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

08.1676

Plaintiff brings this action against the above named and identified defendants on the following cause of action:

I. Where are you now confined? Allenwood U.S.P.

   What sentence are you serving? _____

   What court imposed the sentence? Fed Court Pitt. Pa.

II. Previous Lawsuits

   A. Describe any and all lawsuits in which you are a plaintiff which deal with the same facts involved in this action. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit

      Plaintiffs _____

      _____

      Defendants _____

      _____

   2. Court (if federal court, name the district; if state court, name the county) and docket number

3. Name of judge to whom case was assigned _____

4. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)
_____
_____

5. Approximate date of filing lawsuit _____

6. Approximate date of disposition _____

B. Prior disciplinary proceedings which deal with the same facts involved in this action:

Where?_____
When?_____
Result:_____
_____

III. What federal law do you claim was violated? *This attorney was working on my federal case when he ripped me off. Therefore, it's a case for the feds to deal with. Plus some of his actions I feel are federal crimes*

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

A. Date of event: *Approximately 3 months before my resentencing. Approx 5 or 6 of 07 until a few months ago*

B. Place of event: *Pittsburgh Pa.*

C. Persons involved—name each person and tell what that person did to you: *Custer agreed to take my case for 5000$. Then after taking the 5G's would not answer any of my letters and he did nothing on my case, then he contacted my estranged wife and said he needed another 5 G's. When he didn't get it he pretty much quit my case but he did show up at my resentencing but transcripts of that resentencing show he was unprepared and did nothing for me. He didn't even have a copy of the PSI to go over with me as the transcripts will show. Then he agreed to do my case as a court appointed lawyer and the judge agreed. Immediately after this he contacted my estranged wife and told her he needed 2500$ on top of the court appointed fees. When he didn't get this money he quit without notifying me first. (records of the court will show) I complained about this. He also lost important evidence (I have documented proof of this.) He refused to give me an itemized bill to show how he earned his 5 G's and I assure you he had no more than 2-2½ hours of work into my case. I'm sure his usual fee is not 2500$ per hour. Custer was called by the S.I.S. at Big Sandy U.S.P. and he did not return their calls.*

*It was impossible to track down when I needed him most. Even the F.B.I. could not reach him. He also showed confidential evidence to the F.B.I. he had no right to show them, a definite breach of Client/Lawyer confidentiality.*

V. Did the incident of which you complain occur in an institution or place of custody in this District? If so, where? N/A

and answer the following questions:

A. Is there a prisoner grievance procedure in this institution?
Yes ( ) No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes ( ) No ( )

C. If your answer is YES,

1. What steps did you take? N/A

2. What was the result?

D. If your answer is NO, explain why not:

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities?
Yes ( ) No ( )

F. If your answer is YES,

1. What steps did you take?

2. What was the result?

VI. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

*A refund of no less than 4000$ plus a settlement for the evidence he mishandled and lost that the court deems appropriate.*

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

10-25-08                                David W. Hull
(Date)                                  (Signature of Plaintiff)